UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:                                      CASE NO: 09-31268
   Petr Olejnicek                           (Chapter 13)
   Angela M Olejnicek

                      Debtors        JUDGE LAWRENCE S. WALTER

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995766**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 3 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE<br>ATTN BANKRUPTCY PAYMENT PROCESSING<br>MAC X2302-04C<br>DES MOINES, IA  50328 | 227.73 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/26/2010

Certificate of Service 09-31268

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| Petr Olejnicek | LESTER R THOMPSON | (52.1n) |
| Angela M Olejnicek | 1340 WOODMAN DR | JOEL K JENSEN |
| PO Box 409 | DAYTON, OH 45432 | LERNER SAMPSON & ROTHFUSS |
| Saint Paris, OH 43072 | | BOX 5480 |
| | | CINCINNATI, OH 45201 |

(3.1)
WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE
ATTN BANKRUPTCY PAYMENT
PROCESSING
MAC X2302-04C
DES MOINES, IA 50328

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     cs